UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| JAMES HEBENSTREIT, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CAUSE NO.   1:15-cv-0232 WTL-TAB |
| | ) |
| PEAK ROOFING – RESTORATION, | ) |
| LLC, and BRAD WHITE, | ) |
| | ) |
| Defendants. | ) |

## MOTION FOR DEFAULT JUDGMENT

Plaintiff, James Hebenstreit, by counsel, respectfully requests the Clerk enter a default judgment pursuant to Fed. R. Civ. P. 55(b) against Defendants, Peak Roofing – Restoration, LLC, and Brad White.   In support of this motion, Plaintiff states as follows:

1. Plaintiff timely filed his Complaint against Defendants on February 16, 2015, alleging violations of the Fair Labor Standards Act, and the Indiana Wage Claim and/or Payment Statutes, breach of contract, and unjust enrichment.

2. Plaintiff perfected service on Defendants by use of a Sheriff. [Docket Entry Nos. 8 and 10]

3. As of this filing on, Defendant has advised undersigned counsel that he owes Plaintiff money, but neither Defendant has filed a responsive pleading to Plaintiff's Complaint.

4. Defendants have failed to appear, respond, or otherwise defend against

1

Plaintiff's Complaint and Demand for Jury Trial.

5. On July 10, 2015, Plaintiff filed an Application for Entry of Default against Defendant.

6. On July 20, 2015, the Clerk entered an Entry of Default against Defendants, Peak Roofing-Restoration LLC and Brad White.

WHEREFORE, given Defendants' lack of response to the Complaint, Plaintiff respectfully requests that the Court Default Defendants, Peak Roofing – Restoration LLC and, their successors, assigns, affiliates, and parent or other related corporations or entities and Brad White.

Respectfully submitted,

/s/   Christopher S. Wolcott
Christopher S. Wolcott (#23259-32)
OF COUNSEL

Philip J. Gibbons, Jr. (#19353-49)
GIBBONS LEGAL GROUP
3091 East 98th Street, Suite 280
Indianapolis, Indiana 46280
Telephone:   (317) 706-1100
Facsimile:    (317) 616-3336
E-mail: chris@gibbonslegalgroup.com
          phil@gibbonslegalgroup.com

Attorneys for Plaintiff

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing has been served this 13th day of April 2016, by U.S. Mail, first class and certified, postage prepaid, addressed to the following:

    Peak Roofing-Restoration, LLC
    Attn: Brad White, President/Owner and Registered Agent
    495 Isenhour Hills Drive
    Zionsville, Indiana   46077

    Bradley White
    495 Isenhour Hills Drive
    Zionsville, Indiana 46077

                                <u>/s/ Christopher S. Wolcott</u>