UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| **JAMES HEBENSTREIT,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CAUSE NO.  1:15-cv-0232 WTL-TAB |
| | ) |
| **PEAK ROOFING – RESTORATION,** | ) |
| **LLC, and BRAD WHITE,** | ) |
| | ) |
| Defendants. | ) |

## ORDER ON PLAINTIFF'S MOTION FOR DEFAULT

This case is before the Court on Plaintiff's Motion for Default against Defendants, Peak Roofing – Restoration, LLC and Brad White.   The Court has considered Plaintiff's Motion and finds that it is made for good cause.   Accordingly, the Court GRANTS Plaintiff's Motion and ENTERS a default judgment against Defendants.

SO ORDERED.

Date: _____

_____
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION
JUDGE

Distribution:

Christopher S. Wolcott
Philip J. Gibbons, Jr.
GIBBONS LEGAL GROUP PC
3091 East 98th Street, Suite 280
Indianapolis, Indiana 46280

Attorneys for Plaintiff

Peak Roofing-Restoration, LLC
Attn: Brad White, President/Owner and Registered Agent
495 Isenhour Hills Drive
Zionsville, Indiana   46077

Bradley White
495 Isenhour Hills Drive
Zionsville, Indiana 46077

Defendants