UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| JAMES HEBENSTREIT, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   CAUSE NO.   1:15-cv-0232 WTL-TAB |
| | ) |
| PEAK ROOFING – RESTORATION, LLC, and BRAD WHITE, | ) ) |
| | ) |
| Defendants. | ) |

**PLAINTIFF'S MOTION TO SET HEARING ON DAMAGES**

Plaintiff, James Hebenstreit, by counsel, respectfully requests that this Court grant his Motion to Set a Hearing on Damages and states in support hereof:

1. On April 13, 2016, Plaintiff filed his Motion for Default Judgment against Defendant.

2. Pursuant to Fed. R. Civ. P 55(b)(2)(B), the Court may conduct a hearing (or hearings) when to enter or effectuate judgment, it needs to determine the amount of damages suffered (and owed) to Plaintiff.   While Hebenstreit can testify as to the amount of wages owed, Hebenstreit's complaint involves two Defendants and alternative theories of recovery against Defendants.   As such, Plaintiff's counsel think this matter is better suited for a hearing on damages than use one or more complex and lengthy affidavits establishing key facts necessary for the Court to enter a damages award.

3. Because Hebenstreit managed Defendants' books, no discovery is necessary prior to scheduling a hearing.

WHEREFORE, Plaintiff, James Hebenstreit, respectfully moves this Court to GRANT his motion and set this matter for a damages hearing as soon as practicable after the date the Court grants his Motion for Default Judgment.

Respectfully submitted,

/s/   Christopher S. Wolcott
Christopher S. Wolcott (#23259-32)
OF COUNSEL

Philip J. Gibbons, Jr. (#19353-49)
GIBBONS LEGAL GROUP
3091 East 98th Street, Suite 280
Indianapolis, Indiana 46280
Telephone:   (317) 706-1100
Facsimile:    (317) 616-3336
E-mail: chris@gibbonslegalgroup.com
            phil@gibbonslegalgroup.com

Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing has been served

this 13th day of April 2016, by U.S. Mail, first class and certified, postage prepaid,

addressed to the following:

>Peak Roofing-Restoration, LLC
>Attn: Brad White, President/Owner and Registered Agent
>495 Isenhour Hills Drive
>Zionsville, Indiana   46077
>
>Bradley White
>495 Isenhour Hills Drive
>Zionsville, Indiana 46077

/s/ Christopher S. Wolcott