**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION**

| | |
|---|---|
| **JAMES HEBENSTREIT,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CAUSE NO.   1:15-cv-0232 WTL-TAB |
| | ) |
| **PEAK ROOFING – RESTORATION, LLC, and BRAD WHITE,** | ) |
| | ) |
| Defendants. | ) |

**ORDER ON PLAINTIFF'S MOTION TO SET HEARING ON DAMAGES**

This matter is before the Court on Plaintiff's Motion to Set Hearing on Damages. Having been duly advised in the premises, the Court now finds that Plaintiff's Motion is made for good cause and GRANTS same.   This matter is set for a damages hearing on _____ (month) _____ (day), 2016, before the Honorable Judge _____ _____, at _____ am/pm, in room _____.

By separate order, this Court may indicate any and all obligations imposed on either Party prior to and during the damages hearing.

SO ORDERED.


Date: _____                 _____
                                                                                    UNITED STATES DISTRICT COURT
                                                                                    SOUTHERN DISTRICT OF INDIANA
                                                                                    INDIANAPOLIS DIVISION
                                                                                    JUDGE

Distribution:

Christopher S. Wolcott
Philip J. Gibbons, Jr.
GIBBONS LEGAL GROUP PC
3091 East 98th Street, Suite 280
Indianapolis, Indiana 46280

Attorneys for Plaintiff

Peak Roofing-Restoration, LLC
Attn: Brad White, President/Owner and Registered Agent
495 Isenhour Hills Drive
Zionsville, Indiana   46077

Bradley White
495 Isenhour Hills Drive
Zionsville, Indiana 46077

Defendants